IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SOFIA MARICELA GOMEZ § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:23-cv-00176 |
| § | | |
| WAL-MART STORES TEXAS LLC § | | |
| Defendant. § | | JURY DEMANDED |

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332 and 1441(DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WAL-MART STORES TEXAS, LLC, Defendant in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the 138th Judicial District Court, Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court in support as follows:

1. This cause was commenced in the 138th Judicial District Court, Cameron County, Texas, on November 13, 2023, when Plaintiff's Original Petition was filed in Cause No. 2023-DCL-05469, wherein Plaintiff named WAL-MART STORES TEXAS, LLC as Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. WAL-MART STORES TEXAS, LLC was served with a copy of Plaintiff's Original Petition on November 27, 2023. A copy of the Citation indicating the date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff asserts premises liability and negligence claims against WAL-MART STORES TEXAS, LLC allegedly arising from an incident which is claimed to have occurred on

December 8, 2021, while Plaintiff was a patron at a Walmart Store located at 1401 TX-100, Port Isabel, Texas 78578.

4. WAL-MART STORES TEXAS, LLC filed a responsive pleading in State Court on December 14, 2023, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in San Benito, Cameron County, Texas. Pl.'s Orig. Pet. at ¶3. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of Cameron County, Texas.

6. Defendant WAL-MART STORES TEXAS, LLC is not a citizen of the State of Texas. Wal-Mart Stores Texas, LLC is a citizen of the States of Delaware and Arkansas.

7. WAL-MART STORES TEXAS, LLC was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

8. WAL-MART STORES TEXAS, LLC has one member, Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas. The sole shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

9. Wal-Mart Property Co. is not a citizen of the State of Texas. Wal-Mart Property Co. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

10. Complete diversity of citizenship exists between the adverse parties in the present

cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

11. Plaintiff claims in Plaintiff's Original Petition that Plaintiff is seeking "monetary relief from Defendant in an amount that is not more than $250,000.00." Pl.'s Orig. Pet. at ¶9. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

12. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

13. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

14. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

15. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 138th Judicial District Court, Cameron County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.

By: */s/Jaime A. Saenz*
Jaime A. Saenz, Attorney-in-Charge
Texas Bar No. 17514859
Southern District Admissions No. 7630
Email: ja.saenz@rcclaw.com

Elizabeth Ferguson Herrera
Texas Bar No. 24087716
Southern District Admissions No. 2877535
Email: e.herrera@rcclaw.com
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 Fax

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

Michael J. Cisneros
Arturo Cisneros
THE CISNEROS LAW FIRM, LLP
312 Lindberg Avenue,
McAllen, Texas 78501
Email: email@cisneroslawfirm.com
*Attorneys for Plaintiff*

by electronic mail, certified mail, return receipt requested, facsimile transmission, electronic transmission and/or hand delivery on the 27$^h$ day of December, 2023.

/s/Jaime A. Saenz
JAIME A. SAENZ

*Defendant's Notice of Removal of Action*
26,373

*Page* 4